**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2610**

———————

MYRA R. EDWARDS,

                                Plaintiff - Appellant,

        versus

DEPARTMENT OF THE AIR FORCE, AFBCMR; MALCOLM
GROW UNITED STATES AIR FORCE MEDICAL CENTER,

                                Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
98-4190)

———————

Submitted:  January 13, 2000        Decided:  January 19, 2000

———————

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Myra R. Edwards, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Myra R. Edwards appeals the district court's order denying her motion to reopen her case based on newly discovered evidence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Edwards v. Department of the Air Force AFBCMR, No. CA-98-4190 (D. Md. Nov. 16, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on November 12, 1999, the district court's records show that it was entered on the docket sheet on November 16, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).